Kirsten A. Milton, Bar No. 14401
**JACKSON LEWIS P.C.**
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101
kirsten.milton@jacksonlewis.com
Tel: (702) 921-2460

*Attorneys for Defendant GNLV Corp
dba Golden Nugget Las Vegas*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TIMOTHY DICKENS,<br><br>    Plaintiff,<br><br>vs.<br><br>GNLV CORP, doing business as GOLDEN NUGGET LAS VEGAS, a domestic corporation,<br><br>    Defendants. | Case No. 2:21-cv-00087-APG-VCF<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR DEFENDANT TO FILE A RESPONSE TO PLAINTIFF'S COMPLAINT**<br><br>**(First Request)** |

Defendant GNLV, LLC d/b/a Golden Nugget Las Vegas Hotel and Casino (incorrectly identified as "GNLV Corp doing business as Golden Nugget Las Vegas") ("Defendant") by and through its counsel, Jackson Lewis P.C., and Plaintiff Timothy Dickens ("Plaintiff") by and through his counsel, Mullins & Trenchak, Attorneys At Law, hereby stipulate and agree to extend the time for Defendant to file an answer or otherwise plead in response to Plaintiff's Complaint. Defendant was served on February 19, 2021, and Defendant's response is due on March 12, 2021. Plaintiff and Defendant have agreed to an extension of time for Defendant to file a response to the Complaint to allow defense counsel sufficient time to investigate the allegations of the Complaint.

Defendant shall, therefore, have a thirty-one (31) day extension, up to and including April 12, 2021, to answer or otherwise plead in response to Plaintiff's Complaint.

///

///

///

This stipulation and order is sought in good faith and not for the purpose of delay. No prior request for any extension of time has been made.

Dated this 11th day of March, 2021.

| MULLINS & TRENCHAK, ATTORNEYS AT LAW. | JACKSON LEWIS P.C. |
|---|---|
| */s/ Philip J. Trenchak* <br> Philip J. Trenchak, Esq., Bar No. 9924 <br> 1614 S. Maryland Parkway <br> Las Vegas, NV 89104 | */s/ Kirsten A. Milton* <br> Kirsten A. Milton, Bar No. 14401 <br> 300 S. Fourth Street, Suite 900 <br> Las Vegas, Nevada 89101 |
| *Attorney for Plaintiff Timothy Dickens* | *Attorneys for Defendant* <br> *GNLV Corp dba Golden Nugget Las Vegas* |

**ORDER**

**IT IS SO ORDERED:**

Dated: 3-11-2021

_____
UNITED STATES MAGISTRATE JUDGE