Kirsten A. Milton, Bar No. 14401
**JACKSON LEWIS P.C.**
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101
kirsten.milton@jacksonlewis.com
Tel: (702) 921-2460
Fax: (702) 921-2461

*Attorneys for Defendant GNLV Corp
dba Golden Nugget Las Vegas*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TIMOTHY DICKENS,<br><br>       Plaintiff,<br><br>   vs.<br><br>GNLV CORP, doing business as GOLDEN NUGGET LAS VEGAS, a domestic corporation,<br><br>       Defendants. | Case No. 2:21-cv-00087-APG-VCF<br><br>**REQUEST FOR EXCEPTION FROM ATTENDANCE AT EARLY NEUTRAL EVALUATION CONFERENCE** |

Defendant GNLV, LLC d/b/a Golden Nugget Las Vegas Hotel and Casino (incorrectly identified as "GNLV Corp doing business as Golden Nugget Las Vegas") ("Defendant") by and through its counsel, Jackson Lewis P.C., respectfully requests an exception to the early neutral evaluation ("ENE") attendance requirements as stated in the Court's Order Scheduling Early Neutral Evaluation (ECF No. 9). Specifically, Defendant requests that Defendant's insurance carrier be excused from attendance at the ENE as the carrier's participation will not be necessary to reach a resolution.

Defendant seeks this exception because, although Defendant is insured by Beazley Group, Defendant has a self-insured retention in excess of $100,000 and Defendant will fund the entirety of any resolution reached at the ENE.

Accordingly, Defendant submits Beazley Group's participation will not be necessary, an insurance representative's absence will not adversely affect the ENE, and those present for

1  Defendant will have the appropriate settlement authority to reach a reasonable resolution at the
2  ENE.
3      Thus, Defendant respectfully requests an exception to the ENE attendance requirements for
4  its carrier, Beazley Group.
5      Dated this 19th day of March, 2021.

JACKSON LEWIS P.C.

      */s/ Kirsten A. Milton*
Kirsten A. Milton
Nevada State Bar No. 14401
**JACKSON LEWIS P.C.**
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101
Tel: (702) 921-2460

*Attorneys for Defendant*

IT IS SO ORDERED.
Dated:  March 24, 2021
.
.
.
_____
Nancy J. Koppe
United States Magistrate Judge