PHILIP J. TRENCHAK, ESQ.
Nevada State Bar No. 9924
MULLINS & TRENCHAK, ATTORNEYS AT LAW
1614 S. Maryland Pkwy
Las Vegas, Nevada 89104
P: (702) 778-9444
F: (702) 778-9449
E: phil@mullinstrenchak.com
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TIMOTHY DICKENS, an individual,<br><br>                  Plaintiff,<br>v.<br><br><br>GNLV CORP, d/b/a GOLDEN NUGGET LAS VEGAS, a domestic corporation,<br><br>                  Defendants. | CASE NO.: 2:21-cv-00087-APG-VCF<br><br><br><br>**STIPULATION TO STAY DISCOVERY PENDING SETTLEMENT DISCUSSIONS** |

      IT IS HEREBY STIPULATED by and between Defendant GNLV, LLC d/b/a Golden Nugget Las Vegas Hotel and Casino (incorrectly identified as "CORP d/b/a Golden Nugget Las Vegas") ("Defendant"), by and through its counsel of record, Jackson Lewis, P.C., and Plaintiff Timothy Dickens ("Plaintiff"), by and through his counsel Mullins and Trenchak, hereby stipulate and agree as follows:

      1.      On October 29, 2022, the Court entered an Order granting the parties' Stipulation and Order to Extend Discovery and Dispositive Motion Deadlines. ECF No. 29.

      2.      Discovery is currently scheduled to close on December 7, 2022. *Id*.

      3.      Dispositive motions are due January 25, 2023. *Id*.

      5.      If no dispositive motions are filed, the Joint Pretrial Order is due February 24, 2023, but in the event dispositive motions are filed, the date for filing the Joint Pretrial Order is due 30 days after decision on the dispositive motions or by further order of the Court.

6.     The parties are exploring the possibility of settling this case, but have multiple conditions to potentially work through.

7.     To allow the parties time to focus on potential resolution of the case, as well as to preserve the parties' and Court's resources, the parties respectfully request the Court stay the existing deadlines.

8.     If the parties are unable to resolve the matter, the parties propose, on or before December 12, 2022, they file a revised Stipulation and Order to Reset the Discovery and Dispositive Motion Deadlines consistent with the current time left for completing discovery – i.e., 26 days.  Such that if the parties are unable to resolve the matter, they will be in the same position as they are today.

9.     This stipulation and order is sought in good faith and not for the purpose of delay.

Dated this 11th day of November, 2022.

LAW OFFICE OF
MULLINS & TRENCHAK

*/s/      Philip J. Trenchak, Esq*
Philip J. Trenchak, Esq., Bar No. 9924
1614 S. Maryland Parkway
Las Vegas, Nevada 89104

*Attorney for Plaintiff*

JACKSON LEWIS P.C.

*/s/      Kirsten Milton*
Kirsten Milton
Nevada Bar No. 14401
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101

*Attorneys for Defendant*

**ORDER**

IT IS SO ORDERED.

_____
Cam Ferenbach
United States Magistrate Judge
         11-16-2022
DATED _____

2