Kirsten A. Milton, Bar No. 14401
**JACKSON LEWIS P.C.**
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101
kirsten.milton@jacksonlewis.com
Tel: (702) 921-2460

*Attorneys for Defendant GNLV Corp*
*dba Golden Nugget Las Vegas*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| TIMOTHY DICKENS,<br><br>   Plaintiff,<br><br>vs.<br><br>GNLV CORP, doing business as GOLDEN NUGGET LAS VEGAS, a domestic corporation,<br><br>   Defendants. | Case No. 2:21-cv-00087-APG-VCF<br><br>**STIPULATION AND ORDER TO EXTEND DEFENDANT'S DEADLINE TO FILE ITS MOTION FOR SUMMARY JUDGMENT**<br><br>**(SECOND REQUEST)** |

Pursuant to Local Rules IA 6-1, IA 6-2, and 7-1, all parties hereby stipulate to extend the time for Defendant to file its Motion for Summary Judgment. This is the parties' second request specifically to extend this deadline.[1] Defendant's current deadline is March 27, 2023. This request is sought in good faith and not for purposes of undue delay.

This extension is necessary because Defense Counsel, who has been solely responsible for handling this matter, has had an unexpected family medical emergency and resulting hospitalization that requires her attention out of the office. This medical emergency arose just this week.

///

///

///

---

[1] The parties have made previous requests to extend the dispositive motion deadlines as set forth in the May 5, 2021 Order; however, in the past, the extensions were based solely on the fact that the parties had to extend the discovery deadline. ECF Nos. 15 and 35. This is only the second request since discovery closed to extend specifically the dispositive motion deadline.

Therefore, Plaintiff's counsel has agreed and the parties hereby stipulation that Defendant shall have up to and including April 26, 2023, to file its reply in support of its motion for summary judgment.

Dated this 20th day of March, 2023.

| MULLINS & TRENCHAK, ATTORNEYS AT LAW. | JACKSON LEWIS P.C. |
|---|---|
| */s/ Philip J. Trenchak*<br>Philip J. Trenchak, Esq., Bar No. 9924<br>1614 S. Maryland Parkway<br>Las Vegas, NV 89104 | */s/ Kirsten A. Milton*<br>Kirsten A. Milton, Bar No. 14401<br>300 S. Fourth Street, Suite 900<br>Las Vegas, Nevada 89101 |
| *Attorney for Plaintiff Timothy Dickens* | *Attorneys for Defendant*<br>*GNLV Corp dba Golden Nugget Las Vegas* |

**ORDER**

IT IS SO ORDERED.

_____
United States District/Magistrate Judge

Dated: March 23, 2023