Kirsten A. Milton, Bar No. 14401
**JACKSON LEWIS P.C.**
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101
kirsten.milton@jacksonlewis.com
Tel: (702) 921-2460

*Attorneys for Defendant GNLV Corp*
*dba Golden Nugget Las Vegas*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TIMOTHY DICKENS,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>GNLV CORP, doing business as GOLDEN NUGGET LAS VEGAS, a domestic corporation,<br><br>　　　　Defendants. | Case No. 2:21-cv-00087-APG-VCF<br><br>**ERRATA TO STIPULATION AND ORDER TO EXTEND DEFENDANT'S DEADLINE TO FILE ITS MOTION FOR SUMMARY JUDGMENT** |

Defendant, GNLV Corp, doing business as Golden Nugget Las Vegas, by and through its counsel, Jackson Lewis P.C. files this Errata to the Stipulation and Order to Extend Defendant's Deadline to File Its Motion for Summary Judgment. The Stipulation and Order should be revised on Page Two, lines 2 and 3, to Defendant shall have up to and including April 26, 2023 to file its Motion for Summary Judgment.

Dated this 24th day of March, 2023.

　　　　　　　　　　　　　　　　　　　JACKSON LEWIS P.C.

　　　　　　　　　　　　　　　　　　　　*/s/ Kirsten A. Milton*
　　　　　　　　　　　　　　　　　　　Kirsten A. Milton
　　　　　　　　　　　　　　　　　　　Nevada State Bar No. 14401
　　　　　　　　　　　　　　　　　　　**JACKSON LEWIS P.C.**
　　　　　　　　　　　　　　　　　　　300 S. Fourth Street, Suite 900
　　　　　　　　　　　　　　　　　　　Las Vegas, Nevada 89101
　　　　　　　　　　　　　　　　　　　Tel: (702) 921-2460

IT IS SO ORDERED:

Dated: March 27, 2023　　　　　　　　*Attorneys for Defendant*

　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE