PHILIP J. TRENCHAK, ESQ.
Nevada State Bar No. 9924
MULLINS & TRENCHAK, ATTORNEYS AT LAW
1614 S. Maryland Pkwy
Las Vegas, Nevada 89104
P: (702) 778-9444
F: (702) 778-9449
E: phil@mullinstrenchak.com
*Attorney for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TIMOTHY DICKENS, an individual,<br><br>Plaintiff,<br>v.<br><br><br>GNLV LLC, doing business as GOLDEN NUGGET LAS VEGAS HOTEL AND CASINO, a domestic corporation,<br><br>Defendants. | CASE NO.: 2:21-cv-00087-APG-VCF<br><br>**STIPULATION AND ORDER TO EXTEND THE DEADLINE TO RESPOND TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT (ECF 42) TO MAY 31, 2023 AND TO SCHEDULE THE DATE FOR DEFENDANT'S REPLY** |

IT IS HEREBY STIPULATED by and between Defendant GNLV, LLC doing business as GOLDEN NUGGET LAS VEGAS HOTEL AND CASINO, a domestic corporation, ("Defendant") by and through its counsel of record, Jackson Lewis, P.C., and Plaintiff Timothy ("Plaintiff"), by and through his counsel Mullins and Trenchak, hereby stipulate and agree as follows:

1. On April 26, 2023, Defendant filed its Motion for Summary Judgment. ECF No. 42.

2. Plaintiff's Response is currently due on May 17, 2023.

3. This is the first request by the parties to extend Plaintiff's deadline to Respond to May 31, 2023. 4. Accordingly, the parties further stipulate to allow Defendant until June 30, 2023 to file its Reply.

This stipulation and order is sought in good faith and not for the purpose of delay.

1

Dated this 15th day of May, 2023.

| | |
|---|---|
| LAW OFFICE OF<br>MULLINS & TRENCHAK | JACKSON LEWIS P.C. |
| /s/    *Philip J. Trenchak, Esq*<br>Philip J. Trenchak, Esq., Bar No. 9924<br>1614 S. Maryland Parkway<br>Las Vegas, Nevada 89104<br>*Attorney for Plaintiff* | /s/    *Kirsten Milton*<br>Kirsten Milton<br>Nevada Bar No. 14401<br>300 S. Fourth Street, Suite 900<br>Las Vegas, Nevada 89101<br>*Attorneys for Defendant* |

IT IS SO ORDERED:

Dated: May 16, 2023

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE

2:21-cv-00087-APG-VCF
Dickens v. GNLV Corp.