PHILIP J. TRENCHAK, ESQ.
Nevada State Bar No. 9924
MULLINS & TRENCHAK, ATTORNEYS AT LAW
1614 S. Maryland Pkwy
Las Vegas, Nevada 89104
P: (702) 778-9444
F: (702) 778-9449
E: phil@mullinstrenchak.com
*Attorney for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| TIMOTHY DICKENS, an individual,<br><br>  Plaintiff,<br>v.<br><br><br>GNLV CORP, d/b/a GOLDEN NUGGET LAS VEGAS, a domestic corporation,<br><br>  Defendants. | CASE NO.:  2:21-cv-00087-APG-VCF<br><br>**STIPULATION AND ORDER TO EXTEND THE DEADLINE TO RESPOND TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT TO June 14, 2023**<br><br>**(SECOND REQUEST)** |

　　　IT IS HEREBY STIPULATED by and between Defendant GNLV, d/b/a GOLDEN NUGGET LAS VEGAS, a domestic corporation, ("Defendant") by and through its counsel of record, Jackson Lewis, P.C., and Plaintiff Timothy ("Plaintiff"), by and through his counsel Mullins and Trenchak, hereby stipulate and agree as follows:

　　　1.　　On April 26, 2023, the Defendants filed their Motion for Summary Judgment.  ECF No. 42.

　　　2.　　Plaintiff's Response was originally due on May 17, 2023.

　　　3.　　The Parties stipulated to extend the time for Plaintiff to file his Response to May 31, 2023. ECF No. 44.

　　　4.　　The Parties request that Plaintiff be given until June 14, 2023 to file his Response to Defendants' Motion for Summary Judgment. ECF No. 42.

1

This is the second request by the parties to extend Plaintiff's deadline to file a Response to Defendant's Motion for Summary Judgment.

This stipulation and order is sought in good faith and not for the purpose of delay.

Dated this 30th day of May, 2023.

| | |
|---|---|
| LAW OFFICE OF<br>MULLINS & TRENCHAK | JACKSON LEWIS P.C. |
| */s/      Philip J. Trenchak, Esq*<br>Philip J. Trenchak, Esq., Bar No. 9924<br>1614 S. Maryland Parkway<br>Las Vegas, Nevada 89104<br>*Attorney for Plaintiff* | */s/      Kirsten Milton*<br>Kirsten Milton<br>Nevada Bar No. 14401<br>300 S. Fourth Street, Suite 900<br>Las Vegas, Nevada 89101<br>*Attorneys for Defendant* |

**ORDER**

IT IS SO ORDERED _____June 1_____, 2023.

_____
ANDREW P. GORDON,
UNITED STATES DISTRICT JUDGE

2