PHILIP J. TRENCHAK, ESQ.
Nevada State Bar No. 9924
MULLINS & TRENCHAK, ATTORNEYS AT LAW
1614 S. Maryland Pkwy
Las Vegas, Nevada 89104
P: (702) 778-9444
F: (702) 778-9449
E: phil@mullinstrenchak.com
*Attorney for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| TIMOTHY DICKENS, an individual,<br><br>　　　　　　　　Plaintiff,<br>v.<br><br><br>GNLV, LLC, doing business as GOLDEN NUGGET LAS VEGAS HOTEL AND CASINO, a domestic corporation,<br><br>　　　　　　　　Defendants. | CASE NO.: 2:21-cv-00087-APG-VCF<br><br>**STIPULATION AND ORDER TO EXTEND THE DEADLINE TO RESPOND TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT TO JULY 5, 2023 AND TO SCHEDULE THE DATE FOR DEFENDANT'S REPLY**<br><br>**(THIRD REQUEST)** |

　　　　IT IS HEREBY STIPULATED by and between Defendant GNLV, LLC d/b/a GOLDEN NUGGET LAS VEGAS HOTEL AND CASINO, a domestic corporation, ("Defendant") by and through its counsel of record, Jackson Lewis, P.C., and Plaintiff TIMOTHY DICKENS ("Plaintiff"), by and through his counsel Mullins and Trenchak, hereby stipulate and agree as follows:

　　　　1.　　On April 26, 2023, the Defendants filed their Motion for Summary Judgment. ECF No. 42.

　　　　2.　　Plaintiff's Response was originally due on May 17, 2023.

　　　　3.　　The Parties stipulated to extend the time for Plaintiff to file his Response to May 31, 2023. ECF No. 44.

1

4.     The Parties stipulated to give Plaintiff until June 14, 2023 to file his Response to Defendants' Motion for Summary Judgment. ECF No. 43.

5.     The Parties request that Plaintiff be given until July 5, 2023 to file his Response to Defendants' Motion for Summary Judgment.  Accordingly, the parties further stipulate to allow Defendant through and including August 4, 2023, to file its Reply.

This is the third request by the parties to extend Plaintiff's deadline to file a Response to Defendant's Motion for Summary Judgment.

This stipulation and order is sought in good faith and not for the purpose of delay.

Dated this 14th day of June, 2023.

| LAW OFFICE OF MULLINS & TRENCHAK | JACKSON LEWIS P.C. |
|---|---|
| /s/     Philip J. Trenchak, Esq | /s/     Kirsten Milton |
| Philip J. Trenchak, Esq., Bar No. 9924<br>1614 S. Maryland Parkway<br>Las Vegas, Nevada 89104<br>*Attorney for Plaintiff* | Kirsten Milton<br>Nevada Bar No. 14401<br>300 S. Fourth Street, Suite 900<br>Las Vegas, Nevada 89101<br>*Attorneys for Defendant* |

**ORDER**

IT IS SO ORDERED  June 15, 20203                , 2023.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE