PHILIP J. TRENCHAK, ESQ.
Nevada State Bar No. 9924
MULLINS & TRENCHAK, ATTORNEYS AT LAW
1614 S. Maryland Pkwy
Las Vegas, Nevada 89104
P: (702) 778-9444
F: (702) 778-9449
E: phil@mullinstrenchak.com
*Attorney for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| TIMOTHY DICKENS, an individual,<br><br>　　　　　　　　Plaintiff,<br>v.<br><br><br>GNLV, LLC, doing business as GOLDEN NUGGET LAS VEGAS HOTEL AND CASINO, a domestic corporation,<br><br>　　　　　　　　Defendants. | CASE NO.: 2:21-cv-00087-APG-VCF<br><br>**STIPULATION AND ORDER TO EXTEND THE DEADLINE TO RESPOND TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT TO July 12, 2023 AND TO SCHEDULE THE DATE FOR DEFENDANT'S REPLY**<br><br>**(FIFTH REQUEST)** |

　　　　IT IS HEREBY STIPULATED by and between Defendant GNLV, LLC doing business as GOLDEN NUGGET LAS VEGAS HOTEL AND CASINO, a domestic corporation, ("Defendant") by and through its counsel of record, Jackson Lewis, P.C., and Plaintiff Timothy ("Plaintiff"), by and through his counsel Mullins and Trenchak, hereby stipulate and agree as follows:

　　　　1.　　On April 26, 2023, Defendant filed its Motion for Summary Judgment.  ECF No. 42.

　　　　2.　　Plaintiff's Response was originally due on May 17, 2023.

　　　　3.　　The Parties stipulated to extend the time for Plaintiff to file his Response to May 31, 2023. ECF No. 44.

1

4. The Parties stipulated to give Plaintiff until June 14, 2023 to file his Response to Defendants' Motion for Summary Judgment. ECF No. 43.

5. The Parties stipulated, and the Court granted the Parties' request, that Plaintiff be given until July 5, 2023 to file his Response to Defendants' Motion for Summary Judgment, and Defendant be allowed until August 4, 2023 to file its Reply. ECF Nos. 47 and 48.

6. The Parties stipulated, and the Court granted, the Parties' request, to allow Plaintiff until to July 10, 2023 to allow Plaintiff to respond to the Motion for Summary Judgment, and, Defendant be allowed until August 9, 2023 to file its Reply. ECF No. 49.

7. Plaintiff requests a final extension for two (2) additional days until July 12, 2023, and, as a result, further stipulate to allow Defendant through and including August 11, 2023 to file its Reply.

This is the fifth request by the Parties to extend Plaintiff's deadline to file a Response to Defendant's Motion for Summary Judgment.

This stipulation and order is sought in good faith and not for the purpose of delay.

Dated this 10th day of July, 2023.

| | |
|---|---|
| LAW OFFICE OF<br>MULLINS & TRENCHAK | JACKSON LEWIS P.C. |
| /s/     Philip J. Trenchak, Esq<br>Philip J. Trenchak, Esq., Bar No. 9924<br>1614 S. Maryland Parkway<br>Las Vegas, Nevada 89104<br>*Attorney for Plaintiff* | /s/     Kirsten Milton<br>Kirsten Milton<br>Nevada Bar No. 14401<br>300 S. Fourth Street, Suite 900<br>Las Vegas, Nevada 89101<br>*Attorneys for Defendant* |

**ORDER**

IT IS SO ORDERED: July 11, 2023

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE