Kirsten A. Milton, Bar No. 14401
**JACKSON LEWIS P.C.**
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101
kirsten.milton@jacksonlewis.com
Tel: (702) 921-2460

*Attorneys for Defendant GNLV LLC
dba Golden Nugget Las Vegas Hotel
and Casino*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TIMOTHY DICKENS,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>GNLV LLC, doing business as GOLDEN NUGGET LAS VEGAS HOTEL AND CASINO,<br><br>　　　　　Defendant. | Case No. 2:21-cv-00087-APG-VCF<br><br>**STIPULATION AND ORDER TO EXTEND DEFENDANT'S DEADLINE TO FILE ITS REPLY IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT**<br><br>**(SECOND REQUEST)** |

　　　　Pursuant to Local Rules IA 6-1, IA 6-2, and 7-1, all parties hereby stipulate to extend the time for Defendant to file its Reply in Support of Its Motion for Summary Judgment (the "Reply") through and including October 2, 2023.  This Stipulation is submitted and based upon the following:

　　　　1.　　On August 9, 2023, the parties filed a Stipulation and Order to Extend Defendant's Deadline to File Its Reply in Support of Its Motion for Summary Judgment to September 11, 2023.  ECF No. 54.

　　　　2.　　On August 11, 2023, the Court granted the parties' Stipulation.  ECF No. 55.

　　　　3.　　As a result of unanticipated circumstances, Defendant needs an additional three weeks, through and including October 2, 2023, to prepare and finalize its Reply.

　　　　4.　　This is the parties' second request to extend this specific deadline.[1]

　　　　5.　　This request is sought in good faith and not for purposes of undue delay.

---

[1] The parties have made previous requests to extend the dispositive motion deadlines as set forth in the May 5, 2021 Order; however, in the past, the extensions were based either on the fact that the parties had to extend the discovery deadline or at Plaintiff's request to extend the deadline for him to file his Response. ECF Nos. 15, 35, 43, 45, 47, 49, and 51.  This is only the second request by Defendant specifically to extend its Reply deadline.

6. Therefore, Plaintiff's counsel has agreed and the parties hereby stipulate that Defendant shall have up to and including October 2, 2023, to file its Reply.

Dated this 31st day of August, 2023.

| MULLINS & TRENCHAK, ATTORNEYS AT LAW. | JACKSON LEWIS P.C. |
|---|---|
| */s/ Philip J. Trenchak* <br> Philip J. Trenchak, Esq., Bar No. 9924 <br> 1614 S. Maryland Parkway <br> Las Vegas, NV 89104 | */s/ Kirsten A. Milton* <br> Kirsten A. Milton, Bar No. 14401 <br> 300 S. Fourth Street, Suite 900 <br> Las Vegas, Nevada 89101 |
| *Attorney for Plaintiff Timothy Dickens* | *Attorneys for Defendant* <br> *GNLV Corp dba Golden Nugget Las Vegas* |

**ORDER**

IT IS SO ORDERED.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE
Dated: September 5, 2023