AO450 (NVD Rev. 2/18)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

Timothy Dickens

                     **Plaintiff,**

   v.

GNLV Corp.

                     **Defendant.**

JUDGMENT IN A CIVIL CASE

Case Number: 2:21-cv-00087-APG-VCF

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

Judgment entered in favor of Defendant, GNLV Corp., and against Plaintiff, Timothy Dickens. Case closed.

12/05/2023  
Date

DEBRA K. KEMPI  
Clerk

/s/ A. Zamora  
Deputy Clerk